UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x
Luis Garcia

                                Plaintiff,

-v.-

Law Offices Howard Lee Schiff, P.C.

                                Defendant.
------------------------------------------------------------------------x

Case No:

**COMPLAINT**

Plaintiff Luis Garcia ("Plaintiff") by and through his attorneys, RC Law Group, PLLC as and for his Complaint against Law Offices Howard Lee Schiff, P.C ("Defendant") respectfully sets forth, complains and alleges, upon information and belief, the following:

## **JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 *et seq*. and 28 U.S.C. § 2201.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

3. Plaintiff brings this action for damages arising from the Defendant's violation(s) of 15 U.S.C. § 1692 *et seq*., commonly known as the Fair Debt Collections Practices Act ("FDCPA").

## **PARTIES**

4. Plaintiff is a resident of the State of Connecticut , County of New Haven, residing at 262 Walnut Street, Apt. 2, Waterbury, CT 06704.

5. Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in

the FDCPA, with an address at 510 Tolland Street, East Hartford, CT, 06108.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

8. The Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9. On or around February 12, 2016 the Plaintiff received a collection letter from the Defendant.

10. This letter contained information regarding the balance of the alleged debt.

11. The letter has multiple balances listed without any proper explanation as to the true balance of the debt. The charge off balance is listed as $633.94, and the current balance of $565.46.

12. There is no information provided as to the discrepancy and a further breakdown of the balance lists no credits, payments, or interest accrued.

13. A collection letter must clearly display the balance owed and with the multiple balances listed on this letter makes it impossible for a consumer to know how much is owed and if the debt will be considered paid if payment in full is made.

14. This information is even more important when collecting debt purchased by a third party as is the case in the instance.

15. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

16. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

17. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692d, 1692e, 1692e(2), 1692e(5), 1692e(7), 1692e(8), 1692e(10), 1692f, and 1692f(1).

18. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

   a)   For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

   b)   For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

   c)   For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

   d)   For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

DATED, this 23th day of May, 2016

                                                      */s/Yaakov Saks*
                                                      Yaakov Saks

**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Tel. 201-282-6500 ext. 101
Fax 201-282-6501
ysaks@rclawgroup.com
Federal Bar No. ct30021

*Attorneys for Plaintiff*