# EXHIBIT A

LAW OFFICES
# HOWARD LEE SCHIFF, P.C.

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
AUBURN, MASSACHUSETTS
NASHUA, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
BRATTLEBORO, VERMONT

510 Tolland Street
Telephone (860) 528-9991
(866) 234-7604

East Hartford, Connecticut 06108
Facsimile (860) 528-7602

Howard Lee Schiff 1933-2007

LUIS GARCIA
262 WALNUT ST APT 2
WATERBURY CT    06704

February 12, 2016

ORIGINAL CREDITOR: FIRST PREMIER BANK
ORIGINAL ACCOUNT NUMBER: XXXXXXXXXXXX4160
CURRENT OWNER: MIDLAND FUNDING, LLC
ACCOUNT NUMBER: Z13232
BALANCE: $565.46

Dear LUIS GARCIA,

As you are aware, your FIRST PREMIER BANK account
is being serviced by Law Offices Howard Lee Schiff, P.C..
MIDLAND FUNDING, LLC is the current owner
of this account. We are required to provide some additional
information pertaining to this account. Please keep this
information for your records.

Account Number at Charge-Off: XXXXXXXXXXXX4160
Name of Creditor at Charge-Off: FIRST PREMIER BANK

ADDITIONAL ACCOUNT INFORMATION:

Charge-Off Balance:                        $663.94
Post Charge-Off Interest Accrued:          $0
Post Charge-Off Fees Accrued:              $0
Post Charge-Off Payments & Credits:        $0
Current Balance:                           $565.46

Sincerely,

Law Offices Howard Lee Schiff, P.C. (866) 234-7606
Hours of Operation: 8:00 a.m. to 6:00 p.m.

CN-Z13232
   PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR