# EXHIBIT B

LAW OFFICES
# HOWARD LEE SCHIFF, P.C.

EAST HARTFORD, CONNECTICUT (860) 528-9991
PORTLAND, MAINE (207) 878-0824
AUBURN, MASSACHUSETTS (508) 753-9991
NASHUA, NEW HAMPSHIRE (603) 598-9991
EAST PROVIDENCE, RHODE ISLAND (401) 861-9991
BRATTLEBORO, VERMONT (802) 258-9991

HOWARD LEE SCHIFF 1933 - 2007

510 Tolland Street, East Hartford, Connecticut 06108
Mailing Address: P. O. Box 280245, East Hartford, Connecticut 06128
Office Hours: Monday – Friday, 8:30 a.m. – 6:00 p.m.

Toll-Free (866) 234-7606
Facsimile (860) 528-7602

YAAKOV SAKS, ESQ.
285 PASSAIC STREET
HACKENSACK, NJ 07601

June 22, 2017

Re: Our Claim Number ("CN") Z13232
Consumer: LUIS GARCIA
Original Creditor: FIRST PREMIER BANK
Original Account Number: XXXXXXXXXXXX4160
Current Owner: MIDLAND FUNDING, LLC
Account Number: Z13232
Balance: $565.46

Dear LUIS GARCIA,

As you are aware, your FIRST PREMIER BANK account is being serviced by Law Offices Howard Lee Schiff, P.C. MIDLAND FUNDING, LLC is the current owner of this account. We are required to provide some additional information pertaining to this account. Please keep this information for your records.

Account Number at Charge-Off: XXXXXXXXXXXX4160
Name of Creditor at Charge-Off: FIRST PREMIER BANK

ADDITIONAL ACCOUNT INFORMATION:

Charge-Off Balance: $663.94
Post Charge-Off Interest Accrued: $0
Post Charge-Off Fees Accrued: $0
Post Charge-Off Payments & Credits: $9,804,800,000,000.00-
Current Balance: $565.46

Sincerely,

Law Offices Howard Lee Schiff, P.C.
Office Hours: Monday-Friday, 8:30 a.m. to 6:00 p.m.
Toll-Free: (866) 234-7606

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

2f NJ