✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF       Connecticut

Luis Garcia

V.

Law Offices Howard Lee Schiff, P.C.

**EXHIBIT AND WITNESS LIST**

Case Number:  3:16cv791(VAB)

| PRESIDING JUDGE<br>Victor A. Bolden, USDJ | PLAINTIFF'S ATTORNEY<br>Yaakov Saks, Rachel Drake | DEFENDANT'S ATTORNEY<br>Jeanine M. Dumont |
|---|---|---|
| TRIAL DATE (S)<br>5/20/2019 | COURT REPORTER<br>S. Montini | COURTROOM DEPUTY<br>J. Perez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 5/20/2019 |   |   | Luis Garcia |
| A |   | 5/20/2019 |   | X | Creditor Letter from Law Offices of Howard Lee Schiff, P.C. |
|   |   | 5/20/2019 |   |   | Karen Wisniowski |
|   | 1 |   | X |   | Letter/Document Policy & Procedure of Law Offices of Howard Lee Schiff, P.C. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages