UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS GARCIA | : |
| | : |
| | : NO. 3:16CV791(VAB) |
| v. | : |
| | : |
| LAW OFFICES HOWARD LEE SCHIFF, P.C. | : |
| | : |

JUDGMENT

This matter came on for trial before the Court, held before the Honorable Victor A. Bolden, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision and order directing that judgment enter for Mr. Garcia and awards $500 in statutory damages, but denies any other relief, except for attorney's fees and costs; it is hereby

ORDERED, ADJUDGED and DECREED that judgment shall be and is hereby entered in favor of plaintiff Luis Garcia.

Dated at Hartford, Connecticut, this 16th day of August, 2019.

ROBIN D. TABORA, Clerk

By   /s/LL
    Loraine LaLone
    Deputy Clerk

EOD: 8/16/19