UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAW OFFICES HOWARD LEE SCHIFF,<br><br>    Defendant. | Case No. 3:15-cv-00791-VAB<br><br>**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 15 U.S.C. §1692k(a)(3)** |

Plaintiff LUIS GARCIA, respectfully moves this Court for an Order Awarding Attorneys' Fees and Costs pursuant to 15 U.S.C. §1692k(a)(3) of the Fair Debt Collection Practices Act in the aggregate amount of $67,707.50, based upon the record in this case, the Detailed Billing Statements and the Declarations of Plaintiff's counsel, Yaakov Saks, Esq., Raphael Deutsch, Esq. and Rachel Drake, Esq. and paralegal Jenny Padron.

                                                  Respectfully submitted,

                                                  **STEIN SAKS, PLLC**

Dated:  August 30, 2019                              */s/ Yaakov Saks*
                                                  Yaakov Saks, Esq.
                                                  Ct30021
                                                  285 Passaic Street
                                                  Hackensack, NJ 07601`
                                                  201-282-6500
                                                  Fax 201-282-6501
                                                  ysaks@steinsakslegal.com
                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          */s/ Yaakov Saks*
          Yaakov Saks, Esq.