IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Luis Garcia

    Plaintiff,

Vs                      Civil Action No. No.3:16-CV-00791 (VAB)

Law Offices of Howard Lee Schiff P.C.,

    Defendant.

### SATISFACTION OF JUDGMENT

A Judgment was rendered in favor of the above-named Plaintiff Luis Garcia and against the above-named Law Offices of Howard Lee Schiff P.C., in the above-entitled action, on the 4th day of November 2019. Plaintiff hereby notifies the Court that the Judgment, inclusive of costs and attorneys' fees, has been satisfied. The Clerk of Court is hereby authorized and requested to record the satisfaction of said Judgment in the record.

Dated: December 4, 2019

                                                    **STEIN SAKS, PLLC**
                                                    */s/Raphael Deutsch*

                                                    Raphael Deutsch
                                                    Ct28898
                                                    285 Passaic Street
                                                     Hackensack, NJ 07601
                                                     Phone (201) 282-6500
                                                     Fax (201) 282-6501
                                                     Email: rdeutsch@steinsakslegal.com

## Certification of Service

      I, hereby certify that a copy of the foregoing and any attachments hereto were filed via CM/ECF on December 4, 2019, notification of which will be sent to counsel of record below pursuant to the CM/ECF filing system.

Jeanine M. Dumont
c/o Law Offices Howard Lee
Schiff PC 510 Tolland Street
East Hartford, Connecticut, 06108


*/s/Raphael Deutsch*
Raphael Deutsch, Esq.
Ct28898